UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ERIC TEAGUE | CIVIL ACTION NO. 6:16-CV-00416 |
| VS. | SECTION P |
| | MAGISTRATE JUDGE HANNA |
| CLINTON DARDEN, ET AL | JUDGE ELIZABETH E. FOOTE |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's action is **DISMISSED WITH PREJUDICE**, as frivolous and for failing to state a claim on which relief may be granted pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i), (ii) and (iii).

**THUS DONE AND SIGNED,** in chambers, in Shreveport, Louisiana, on this ____ day of August, 2016.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE